JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LISA CORSON, an individual, | Case No. 2:17-cv-01857-JFW-MRW<br>Hon. John F. Walter |
| Plaintiff, | |
| | **ORDER DISMISSING ENTIRE ACTION** |
| v. | |
| CRESTICO, INC., a Delaware corporation, and DOES 1-10 INCLUSIVE, | |
| Defendants. | |

The Court, having considered the parties' Stipulation, hereby dismisses this action with prejudice, with each party to bear its attorneys' fees and costs.

Dated: August 3, 2017

_____
Hon. John F. Walter
United States District Judge